No. 91, Misc. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Gordon W. Neilson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 92, Misc. DAVIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Ira B. Grudberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 93, Misc. STOCKLEY *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Daniel Hartnett* for petitioner. *Wescott B. Northam* for respondent.

No. 94, Misc. WELLS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Francis Conklin* for petitioner.

No. 95, Misc. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Joseph J. Rekofke* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 101, Misc. KITT *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 99, Misc. ROY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David B. Stanton,* Deputy Attorney General, for respondent.